IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICNITY) BENEFIT AND PENSION PLANS, et al.,** *Plaintiffs,*<br><br>v.<br><br>**CARSON CONCRETE CORPORATION,** *Defendant.* | **CIVIL ACTION NO. 2:19-cv-01928-MMB** |

## ORDER

**AND NOW**, this 16th day of December 2022, in consideration of the parties' respective motions, responses and replies, and having heard oral argument on December 8, 2022 from the parties, and based on the reasoning set forth in the accompanying Memorandum of Decision, the Court **DENIES** Plaintiffs' Motion for Summary Judgment (ECF 156) and **DENIES** Defendant's Motion for Summary Judgment (ECF 157).

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**